935

No. 674. DAWLEY v. CITY OF NORFOLK ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Leonard S. Davis* and *Virgil S. Gore, Jr.* for respondents.

No. 676. MERCHANT'S FAST MOTOR LINES, INC., v. LANE ET AL. C. A. 5th Cir. Certiorari denied. *Reagan Sayers* for petitioner. *Dorsey B. Hardeman* for respondents.

No. 560. OLIPHANT ET AL. v. BROTHERHOOD OF LOCOMOTIVE FIREMEN AND ENGINEMEN ET AL. In view of the abstract context in which the questions sought to be raised are presented by this record, the petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit is denied. *Joseph L. Rauh, Jr.* and *John Silard* for petitioners. *Harold C. Heiss, Russell B. Day* and *Milton Kramer* for respondents.

No. 668. LEIGHTON v. ROGERS, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, ET AL. The motion to use the record in No. 348, October Term, 1957, is granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Townsend, George B. Searls, Irving Jaffe* and *Paul E. McGraw* for the Attorney General, respondent.

No. 672. ZACARIAS v. UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *Carroll v. United States,* 354 U. S. 394. *Daniel Y. Garbern* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.